USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-6-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

FILHO, et al,

      **Plaintiff,**

    -against-

OTG Management, LLC,          1:19-cv-8287 (ALC)

      **Defendants.**        <u>ORDER</u>

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

  On January 17, 2020, Plaintiffs filed a letter motion requesting a pre-motion conference on an anticipated motion for conditional certification and issuance of Court-authorized notice pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b). Defendant responded on January 23, 2020. Plaintiffs' motion for a pre-motion conference is DENIED and the Court sets the following briefing schedule:

| | |
|---|---|
| Plaintiffs' Motion: | March 5, 2020 |
| Defendant's Opposition: | April 2, 2020 |
| Plaintiffs' Reply, if any: | April 30, 2020 |

**SO ORDERED.**

**Dated:** February 6, 2020

   New York, New York             **ANDREW L. CARTER, JR.**
                           **United States District Judge**