

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  July 30, 2021

July 29, 2021

**MEMO ENDORSED**

**VIA ECF**
Judge Andrew L. Carter Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10017

      Re:    *Filho v. OTG Management*, Case No. 19-cv-08287

Dear Judge Carter:

    We represent the Plaintiffs in the above-referenced matter. In accordance with the Court's Order granting in part and denying in part Plaintiffs' Motion for Court-Authorized Notice Pursuant to Section 216(b) of the Fair Labor Standards Act, ECF No. 39, Plaintiffs' Counsel have been filing Consent to Join Forms ("consent forms") from Opt-in Plaintiffs in daily batches. *See, e.g.*, ECF No. 60-1. For each consent form, Plaintiffs have redacted the personal identifiable information, including address, phone number, and email address. *See, e.g.*, ECF No. 60-1 at 2; *see also* ECF No. 22-11 at 7 (informing collective members that their contact information would be redacted from the public record).

    Plaintiffs have discovered that some of these forms were filed without applying redactions to a portion of the consent forms where the Opt-in Plaintiffs' addresses appear a second time, in the top left-hand corner of the form. Upon discovery of this error, Plaintiffs' Counsel contacted the Clerk of the Court, who temporarily sealed the documents. Plaintiffs' Counsel then contacted your chambers, and we were advised that we may seek to have the documents formally placed under seal. Formally sealing the documents (without refiling) clearly preserves the original filing date of the consent forms, which is critical in an FLSA collective action such as this one, where the statute of limitations for each Opt-in Plaintiff runs until the date their consent form is filed.

    Accordingly, Plaintiffs request that the Court formally seal the following documents, which contain unredacted personal information: ECF No. 51-1, ECF No. 52-1, ECF No. 53-1, ECF No. 55-1, ECF No. 57-1, and ECF No. 58-1.

SO ORDERED:

/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

July 30, 2021

Respectfully submitted,

Molly A. Brooks