UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DAFINIS FILHO, et al.,

                            **Plaintiffs,**

              -against-

OTG MANAGEMENT, LLC,

                          **Defendant.**

------------------------------------------------------------------X

**19-CV-08287 (ALC) (SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 9/9/2021 __

**SARAH NETBURN, United States Magistrate Judge:**

      In light of Plaintiffs' motion for the inclusion of additional opt-in Plaintiffs in this case,

Defendant shall file its opposition by September 17, 2021. Plaintiffs' reply, if any, shall be filed

by September 24, 2021.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      September 9, 2021
              New York, New York