```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DAFINIS FILHO, et al.,

                            **Plaintiffs,**                  **19-CV-08287 (ALC)(SN)**

      -against-                                           **ORDER**

OTG MANAGEMENT, LLC,

                            **Defendant.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On August 16, 2021, the Honorable Andrew L. Carter, Jr. assigned this matter to my docket for general pretrial matters, including settlement. ECF No. 81. On September 29, 2022, Judge Carter granted Defendant's motion to compel arbitration of the Arbitration Opt-In Plaintiffs' claims. ECF No. 147.

    Accordingly, the parties are directed to meet and confer on whether a settlement conference would be productive and, if so, contact Courtroom Deputy Rachel Slusher at rachel_slusher@nysd.uscourts.gov to schedule a settlement conference. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court is unable to schedule a settlement conference before the November 21, 2022 close of discovery deadline but could schedule a conference before the December 21, 2022 class certification motion deadline. The parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                                         _____
                                                                         SARAH NETBURN
                                                                         United States Magistrate Judge

DATED:      October 4, 2022
                New York, New York