```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DAFINIS FILHO, et al.,

                                  Plaintiffs,

              -against-

OTG MANAGEMENT, LLC,

                                  Defendant.

-----------------------------------------------------------------X

**19-CV-08287 (ALC)(SN)**

**SETTLEMENT CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      A settlement conference is scheduled for Friday, January 27, 2023, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information in advance of the conference.

      Attendance Acknowledgment Forms and any Ex Parte Settlement Submissions and are to be submitted by Friday, January 20, 2023. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                          _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:      January 10, 2023
                  New York, New York