UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DAFINIS FILHO, et al.,

                                  **Plaintiffs,**

         -against-

OTG MANAGEMENT, LLC,

                                  **Defendant.**

-----------------------------------------------------------------X

19-CV-08287 (ALC)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/9/2023

**SARAH NETBURN, United States Magistrate Judge:**

      A telephonic settlement conference is scheduled for Tuesday, March 14, 2023, at 3:00 p.m. The Court will provide dial-in information in advance of the conference. To the extent either party believes submissions will facilitate the discussion, they may submit a letter by March 10, 2023. Such letter can be emailed ex parte or with copy to counsel, as appropriate.

**SO ORDERED.**

_/s/ Sarah Netburn_
SARAH NETBURN
United States Magistrate Judge

DATED:     March 9, 2023
                New York, New York