UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

DAFINIS FILHO, et al.,

                              Plaintiffs,                    **1:19-CV-08287 (ALC)(SN)**

              -against-                                      **ORDER**

OTG MANAGEMENT, LLC,

                              Defendant.

--------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

The parties participated in a settlement conference yesterday and reached agreement on all outstanding issues. Accordingly, the parties are ordered to meet and confer and propose a reasonable schedule for filing the motion for preliminary approval of the class action settlement. The parties shall submit their proposed schedule to the Court by April 4, 2023. Additionally, the parties are encouraged to consent to the jurisdiction of a magistrate judge to facilitate the judicial approval process.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      New York, New York
            March 15, 2023